# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-35-RJC-DCK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, ) ) Plaintiff, ) ) v. ) ) CROWN CAB COMPANY, INC., ) ) Defendant. ) _____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Modify Scheduling Order To Extend Discovery, Dispositive Motions And Mediation Deadlines" (Document No. 30) filed December 2, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the undersigned will grant the motion. Further extensions in this matter are unlikely, barring extraordinary circumstances.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Modify Scheduling Order To Extend Discovery, Dispositive Motions And Mediation Deadlines" (Document No. 30) is **GRANTED**. The Pretrial Order and Case Management Plan shall be amended as follows:

| | |
|---|---|
| Discovery Completion Due: | January 31, 2011 |
| Mediation Deadline | January 31, 2011 |
| Dispositive Motions Due: | February 15, 2011 |

**IT IS FURTHER ORDERED** that Defendant's "Motion To Modify Scheduling Order To Extend Discovery And Dispositive Motions Deadlines" (Document No. 27) is **DENIED AS MOOT**.

Signed: December 2, 2010

David C. Keesler
United States Magistrate Judge