UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-35-RJC-DCK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, ) ) ) Plaintiff, ) ) v. ) ) CROWN CAB COMPANY, INC., ) ) Defendant. ) | STATEMENT OF ISSUES FOR TRIAL |

1. From February 21, 2009 to February 21, 2010, were the drivers who performed taxi cab work for Crown Cab employees of Crown Cab?

2. From February 21, 2009 to February 21, 2010, were the drivers who performed contract transportation work for Crown Cab employees of Crown Cab?

3. If the answer to Issues 1 or 2 is yes, is Travelers entitled to recover damages from Crown Cab?

    a. If so, what is the amount of damages?

Signed: May 16, 2011

Robert J. Conrad, Jr.
Chief United States District Judge