# United States District Court
# For The Western District of North Carolina
# Charlotte Division

The Travelers Indemnity Company,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                       3:10cv35

Crown Cab Company, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/25/11 Jury Verdict.

Signed: June 6, 2011

Frank G. Johns, Clerk
United States District Court